**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 71 WAL 2017
      :
          Respondent   :
      :   Petition for Allowance of Appeal from
      :   the Order of the Superior Court
          v.   :
      :
      :
PETE SCHOONOVER,   :
      :
          Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.